Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 24-42924 | | | Trustee Name: | Shawn K. Brown |
| --- | --- | --- | --- | --- | --- |
| Case Name: | PSMD MEDICAL ASSOCIATES, P.A. | | | Date Filed (f) or Converted (c): | 08/19/2024 (f) |
| For the Period Ending: | 09/30/2024 | | | §341(a) Meeting Date: | 09/24/2024 |
| | | | | Claims Bar Date: | 12/24/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | JP Morgan Chase Checking account 9 7 5 4 | $3,983.48 | $3,983.48 | | $3,355.04 | FA |
| 2 | JP Morgan Chase Checking account 5 1 0 6 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Office furniture and medical equipment (see attached Supplemental 1) unknown | $5,110.00 | $5,110.00 | | $0.00 | $5,110.00 |
| 4 | 3600 S. Cooper St. Ste. 120 Arlington, TX 76015 | $300,000.00 | $300,000.00 | | $0.00 | $300,000.00 |
| 5 | Internet domain names and websites https://www.psmdmedical.com/ $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Customer lists, mailing lists, or other compilations Patient Names and Information $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Goodwill Goodwill (unlikely to be transferrable) $1.00 | $1.00 | $1.00 | | $0.00 | $1.00 |

**TOTALS (Excluding unknown value)**        **Gross Value of Remaining Assets**

| | $309,094.48 | $309,094.48 | | $3,355.04 | $305,111.00 |
| --- | --- | --- | --- | --- | --- |

**Major Activities affecting case closing:**

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2

| Case No.: | 24-42924 | | | Trustee Name: | Shawn K. Brown |
| Case Name: | PSMD MEDICAL ASSOCIATES, P.A. | | | Date Filed (f) or Converted (c): | 08/19/2024 (f) |
| For the Period Ending: | 09/30/2024 | | | §341(a) Meeting Date: | 09/24/2024 |
| | | | | Claims Bar Date: | 12/24/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

10/17/2024    UPDATE 10.17.24-TRUSTEE HAS HIRED BROKER.  MARKETING OF BUILDING AND EQUIPMENT ONGOING.

ASSETS ARE BUILDING AND EQUIPMENT

MAJOR ACTIVITIES:

SECURE PROPERTY-DONE
SECURE DOCUMENTS AND DATA-DONE

CLAIMS BAR DATE SET: 9.24.24
CLAIMS REVIEW DATE:
CLAIMS OBJECTIONS FILED DATE:
FINAL ALLOWANCE DATE:

TAX RETURN 505 LETTER SENT DATE:
PROMPT DETERMINATION RECEIVED DATE:

PREFERENCE/FRAUDULENT TRANSFER REVIEW

TFR PREPARED AND SENT TO UST DATE:
TFR APPROVED AND FILED DATE:
FEE APPLICATIONS FILED DATE:
TFR FINAL AND CHECKS MAILED DATE:
ZERO BALANCE DATE:
TDR SENT TO UST DATE:
TDR FILED DATE:

Initial Projected Date Of Final Report (TFR):    12/31/2026            Current Projected Date Of Final Report (TFR):                /s/ SHAWN K. BROWN

SHAWN K. BROWN

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 24-42924 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | PSMD MEDICAL ASSOCIATES, P.A. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***1169 | Checking Acct #: | ******0063 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2023 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/30/2024 | (1) | PSMD Medical Associates P.A. | Bank funds turnover | 1129-000 | $3,355.04 | | $3,355.04 |
| | | | **TOTALS:** | | $3,355.04 | $0.00 | $3,355.04 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,355.04 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $3,355.04 | $0.00 | |

**For the period of 10/01/2023 to 09/30/2024**

| | |
|---|---|
| Total Compensable Receipts: | $3,355.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,355.04 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/30/2024 to 9/30/2024**

| | |
|---|---|
| Total Compensable Receipts: | $3,355.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,355.04 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No. | 24-42924 | Trustee Name: | Shawn K. Brown |
| Case Name: | PSMD MEDICAL ASSOCIATES, P.A. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***1169 | Checking Acct #: | ******0063 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2023 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $3,355.04 | $0.00 | $3,355.04 |

| For the period of 10/01/2023 to 09/30/2024 | | For the entire history of the account between 09/30/2024 to 9/30/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,355.04 | Total Compensable Receipts: | $3,355.04 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,355.04 | Total Comp/Non Comp Receipts: | $3,355.04 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ SHAWN K. BROWN

SHAWN K. BROWN